**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wayne C. CAMERON, Defendant–
Appellant.**

No. 01–6481.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

Wayne C. Cameron, pro se. Fenita Morris Shepard, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Wayne C. Cameron seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Cameron,* Nos. CR–00–1–M–BO; CA–00–61–2–BO (E.D.N.C. Jan. 25, 2001). Cameron's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

* We recently held in *United States v. Sanders,* 247 F.3d 139, 146 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jer-*

the court and argument would not aid the decisional process.

*DISMISSED.*